IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDOLFO PENA VILLANUEVA, | : |
| Petitioner | : |
| v. | : Case No. 3:25-cv-00395-KAP |
| KRISTI NOEM *et al.*, | : |
| Respondents | : |

### Rule and Order

Petitioner, a detainee at the Moshannon Valley Processing Center, submitted a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2241. He is not proceeding *in forma pauperis*. The Marshal shall make service of the petition and this Rule and Order on the respondents and the United States Attorney for the Western District of Pennsylvania, costs to be advanced by the petitioner.

Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

DATE: November 24, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record